UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: J. CARUSO
                                        DATE OF PROCEEDINGS: 01/03/2013

TITLE OF CASE:
UNITED STATES OF AMERICA
         vs.
                                        CRIMINAL DOCKET #:12-815(JAP)1&2
MICHAL GUNAR, ET AL., DEFENDANTS PRESENT.

APPEARANCES:
Dennis Carletta, Assistant United States Attorney
David Schafer, Assistant Federal Public Defender - Standing in for
Patrick McMahon for defendant (Gunar)
Maria Delgaizo Noto, Esquire for defendant (Ising)

NATURE OF PROCEEDINGS:
ARRAIGNMENT HEARING HELD.
Defendants entered plea of NOT GUILTY as to all charges in the
Indictment.
Defendants waived formal reading of the Indictment.
Ordered for Discovery & Inspection to be filed.
Ordered trial date set for 2/26/2013 at 9:30 a.m.; pretrial motions due:
01/29/2013; government's opposition due: 02/08/2013, & motions returnable
on 02/22/2013 at 10:00 a.m.
Ordered bail continued as to defendant, Gunar.
Ordered defendant remanded as to defendant, Ising.

TIME COMMENCED: 12:00 p.m..
TIME ADJOURNED: 12:15 p.m.
TOTAL TIME: 15 minutes

                                        s/Dana Sledge
                                        Courtroom Deputy